UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTINE JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-6385** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "G"(5)** |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss is granted and that Plaintiff's suit is dismissed for want of jurisdiction.

NEW ORLEANS, LOUISIANA this  12th   day of December, 2016.

_____
**NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE**